# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| **Date:** December 16, 2020 | **Time:** 1:08-2:11 p.m. (1 hour and 3 minutes) | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.:** 19-cr-00076-HSG | **Case Name:** USA v. Sparrow | |

**Defendant:** Rodney Sparrow **(Present)**
**Attorney for Plaintiff:** Thomas Green
**Attorney for Defendant:** John Paul Reichmuth
**Probation Officer**: Jessica Goldsberry

**Deputy Clerk:** Nikki D. Riley                **Court Reporter:** Raynee Mercado

**PROCEEDINGS**:               Sentencing-HELD

**Notes:** In light of COVID-19 and this District's general orders, and with the consent of the parties, the Court finds it appropriate to proceed with today's hearing via Zoom. The Court sentences the Defendant to: 3 years of probation w/ 18 months of location monitoring under the usual terms and conditions and the special conditions: fine is waived; restitution to be determined; $100.00 special assessment. See J&C for additional details. The Court sets the following deadlines: February 3, 2021 at 2:00 p.m. for status conference regarding restitution, and March 17, 2021 at 2:00 p.m. for restitution hearing.