DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: Thomas.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 19-0076 HSG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER DISMISSING COUNTS TWO THROUGH NINE** |
| v. | ) |
| RODNEY TICANIS SPARROW, | ) |
| Defendant. | ) |

     Plaintiff United States of America and defendant Rodney Ticanis Sparrow, through counsel, hereby stipulate as follows:

     1.    Pursuant to the parties' plea agreement, defendant pled guilty to Count One of the Indictment and was sentenced in connection with his conviction on Count One on December 16, 2020.

     2.    Pursuant to the parties' plea agreement, the government hereby moves to dismiss counts Two through Ten of the Indictment.

     3.    Defense counsel has no objection to the requested dismissal, and stipulates that the

Court should dismiss Counts Two through Ten of the Indictment.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 17, 2020 | DAVID L. ANDERSON<br>United States Attorney |
| | /s/ *Thomas R. Green*<br>THOMAS R. GREEN<br>Assistant United States Attorney |
| Dated: December 17, 2020 | /s/ *John Paul Reichmuth*<br>JOHN PAUL REICHMUTH<br>Attorney for Defendant Rodney Sparrow |

**ORDER**

Based on the reasons provided in the stipulation of the parties, the Court orders that Counts Two through Ten of the Indictment are hereby dismissed.

IT IS SO ORDERED.

DATED:  12/18/2020

_____
THE HONORABLE HAYWOOD S. GILLIAM, Jr.
United States District Judge